# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Sterioff, <br><br> v. <br> PLAINTIFF(S) <br><br> Live Nation Entertainment, Inc., et al., <br><br> DEFENDANT(S). | **CASE NUMBER** <br><br> CV 22-9230-ODW-ASx <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_January 5, 2023_　　　　　　　　　　　　　　_/s/ George H. Wu_
Date　　　　　　　　　　　　　　　　　　　United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   CV 18-9052-GW-GJSx   and the present case:

- [ ] A.  Arise from the same or closely related transactions, happenings or events; or
- [x] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Sagar   to Magistrate Judge   Standish  .

On all documents subsequently filed in this case, please substitute the initials   GW-GJSx   after the case number in place of the initials of the prior judge, so that the case number will read   CV 22-9230-GW-GJSx  . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] Previous Judge    [ ] Statistics Clerk
CV-34 (03/21)　　　　ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)