LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE STERIOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | Case No. 2:22-cv-09230-GW-GJS<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF JOINT STIPULATION SETTING BRIEFING SCHEDULE**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-09230-GW-GJS

I, Timothy L. O'Mara, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). I am an attorney in good standing in the state of California. I am making this Declaration in support of the parties' Joint Stipulation Setting Briefing Schedule ("Joint Stipulation"), and have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2. Plaintiff filed the Complaint on December 20, 2022. ECF No. 1.

3. On January 3, 2023, pursuant to Local Rule 8-3, the parties filed a joint stipulation that extended Defendants' time to answer or otherwise respond to the Complaint from January 11, 2023 to February 10, 2023. ECF No. 19.

4. To date, the parties have not previously stipulated to any other extensions of time other than the stipulation described above (i.e., ECF No. 19).

5. Defendants, after reviewing the allegations in the Complaint and conducting an initial investigation of the claims therein, have determined that they will move to compel arbitration on the ground that Plaintiff's claims are subject to a mandatory arbitration provision. Plaintiff has indicated she disagrees and will oppose the motion.

6. The parties have conferred and agreed that, in the interest of promoting the most efficient use of the parties' and the Court's resources, the briefing on Defendants' motion to compel arbitration will be limited to the following issues: whether Plaintiff assented to Defendants' Terms of Use (the "Terms") and if so, when she assented; whether an arbitration agreement that encompasses this dispute exists; and whether the Terms delegate arbitrability to the arbitrator. The briefing on Defendants' motion to compel arbitration will not address whether the Terms (including the arbitration clause) are unconscionable—which is currently being litigated in another, related case pending before this Court, *Heckman v. Live Nation*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-09230-GW-GJS

*Entertainment, Inc., et al.*, Case No. 2:22-cv-00047-GW-GJS (C.D. Cal.). After the Court rules on the pending motion to compel arbitration in Heckman, or after the Ninth Circuit rules on the pending appeal in *Oberstein v. Live Nation Entertainment, Inc., et al.*, Case No. 21-56200 (9th Cir.), whichever comes first, the parties will confer on whether, in light of that ruling, the questions raised in either of those cases should be addressed in this case, and, if so, will update the Court and propose a briefing schedule.

7. While there are no other upcoming deadlines or hearings scheduled in this matter at this time, the parties agree that the Court should rule on Defendants' motion to compel arbitration before setting any further deadlines or hearings.

8. The parties have therefore agreed to the following schedule:

   a. Defendants shall file their motion to compel arbitration on or before February 24, 2023.

   b. The parties shall negotiate a stipulated protective order and order regarding the discovery of electronically stored information. After those orders have been entered by the Court, Defendants agree to produce all documents pertaining to Plaintiff that Defendants relied on in their motion to compel arbitration in this case, and all documents produced by Defendants in *Heckman* and *Oberstein*. Assuming that the Court has already entered the parties' stipulated protective order and order regarding the discovery of electronically stored information, Defendants will make this production on or before March 10, 2023.

   c. Plaintiff shall have until March 21, 2023 to serve any and all discovery, including written discovery and deposition notices, relating to Defendants' motion to compel arbitration. Defendants expressly reserve the right to object to any discovery

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-09230-GW-GJS

that is served.

    d.    Discovery will be deemed "complete" when the following conditions are satisfied: (1) Defendants have provided responses to any discovery requests; (2) any depositions have been completed; and (3) any motions pertaining to the discovery have been resolved by the Court.

    e.    Plaintiff shall file any opposition to Defendants' motion to compel arbitration no later than twenty-one days after any and all discovery served in accordance with Section 6(c) is completed.

    f.    Defendants shall file any reply no later than thirty days after Plaintiffs file their opposition.

    g.    Any hearing on Defendants' motion to compel arbitration shall be held as the Court's calendar allows.

    h.    Defendants need not otherwise respond to the Complaint while their motion to compel arbitration is pending.

9.    The Joint Stipulation will have no other effect on the schedule.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2023.

                                        */s/ Timothy L. O'Mara*
                                          Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-09230-GW-GJS