LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE STERIOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | Case No. CV 22-9230-GW-GJSx<br><br>**ORDER ON JOINT STIPULATION SETTING BRIEFING SCHEDULE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-09230-GW-GJS

Pending before this Court is a Joint Stipulation Setting Briefing Schedule ("Joint Stipulation") filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiff Michelle Sterioff ("Plaintiff"). Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The Court orders as follows:

a. Defendants shall file their motion to compel arbitration on or before February 24, 2023.

b. The parties shall negotiate a stipulated protective order and order regarding the discovery of electronically stored information. After those orders have been entered by the Court, Defendants shall produce all documents pertaining to Plaintiff that Defendants relied on in their motion to compel arbitration in this case, and all documents produced by Defendants in *Heckman v. Live Nation Entertainment, Inc., et al.*, Case No. 2:22-cv-00047-GW-GJS (C.D. Cal.), and *Oberstein v. Live Nation Entertainment, Inc., et al.*, Case No. 2:20-cv-03888-GW-GJS (C.D. Cal.). Assuming that the Court has already entered the parties' stipulated protective order and order regarding the discovery of electronically stored information, Defendants shall make this production on or before March 10, 2023.

c. Plaintiff shall have until March 21, 2023 to serve any and all discovery, including written discovery and deposition notices, relating to Defendants' motion to compel arbitration.

d. Discovery will be deemed "complete" when the following conditions are satisfied: (1) Defendants have provided responses to any discovery requests; (2) any depositions have been

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-09230-GW-GJS

completed; and (3) any motions pertaining to the discovery have been resolved by the Court.

e. Plaintiff shall file any opposition to Defendants' motion to compel arbitration no later than twenty-one days after any and all discovery served in accordance with Section 6(c) is completed.

f. Defendants shall file any reply no later than thirty days after Plaintiffs file their opposition.

g. Any hearing on Defendants' motion to compel arbitration shall be held as the Court's calendar allows.

h. Defendants need not otherwise respond to the Complaint while their motion to compel arbitration is pending.

i. The Court sets a status conference for May 4, 2023 at 8:30 a.m. The parties shall file a joint status report by May 1, 2023.

**IT IS SO ORDERED.**

Dated: January 31, 2023

_____
Hon. George H. Wu
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-09230-GW-GJS