1
2
3
4
5
6

LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    *tim.o'mara@lw.com*
  Kirsten M. Ferguson (Bar No. 252781)
    *kirsten.ferguson@lw.com*
  Robin L. Gushman (Bar No. 305048)
    *robin.gushman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

7
8

*Attorneys for Defendants Ticketmaster L.L.C.*
*and Live Nation Entertainment, Inc.*

9
10
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23

| | |
|---|---|
| MICHELLE STERIOFF, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC, <br><br> Defendants. | Case No. 2:22-cv-09230-GW-GJS <br><br> **DECLARATION OF HELENE GREEN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION** <br><br> The Honorable George H. Wu <br><br> Hearing Date:  TBD <br><br> Hearing Time:  8:30 a.m. <br><br> Courtroom:  9D, 9th Floor |

24
25
26
27
28

I, HELENE GREEN, declare as follows:

1.     I am the Coordinator of Litigation and eDiscovery for Live Nation Entertainment, Inc. ("Live Nation"), a Defendant in the above-entitled action and the parent company of Defendant Ticketmaster L.L.C. ("Ticketmaster").  I make this Declaration in support of Defendants' Motion to Compel Arbitration.  The facts set forth herein are based on my personal knowledge and my review of Ticketmaster and Live Nation's records; if called upon to do so, I can and will competently testify to these facts.

2.     I have worked for Live Nation for the past fourteen years.  Since November 2021, I have held the position of Coordinator of Litigation and eDiscovery.  My responsibilities in this role include gathering customer data for legal purposes.  It is the regular practice of Ticketmaster and Live Nation to create and maintain records of customers' interactions with Live Nation and Ticketmaster's websites—including, for example, when customers create their accounts, make online purchases, register for presales, and accept transfers of tickets through Defendants' platforms.  In my role as Coordinator of Litigation and eDiscovery, I am familiar with those records, have access to them, and rely on them to carry out my job responsibilities.

**Plaintiff Michelle Sterioff**

3.     I understand that Plaintiff Michelle Sterioff alleges that she: (a) "resides in Kirkland, Washington," (b) "registered for the TaylorSwiftTix Presale," (c) "participated in the TaylorSwiftTix Presale but was unable to secure a ticket," (d) participated in and "repeatedly tried selecting seats" during the Capital One Cardholder Presale, and ultimately (e) "purchase[d] tickets [to Taylor Swift's The Eras Tour] through an alternate secondary ticketing service provider."  Compl. ¶¶ 17–18, 20–21, 24, ECF No. 1.

4.      I directed a search of Ticketmaster's customer records database (which includes Defendants' ticket purchase transaction data) for account activity and purchases made by anyone named Michelle Sterioff between January 1, 2017 and the present.  I identified one Michelle ("Chell") Sterioff with an address in Kirkland, Washington.  There was no record of any other customer named Michelle Sterioff in the Kirkland, Washington area.

5.      The customer records database shows that Sterioff's account was created on July 3, 2018.

6.      The customer records database also shows that Sterioff used her Ticketmaster account to register as a Verified Fan for the TaylorSwiftTix Presale for The Eras Tour on November 1, 2022.

7.      The customer records database further shows that Sterioff used Ticketmaster's website to accept transfers of tickets on a number of occasions, including in connection with The Eras Tour.  Specifically:

      a.  On November 3, 2022, using Ticketmaster's desktop site, Plaintiff accepted a transfer of tickets to Disney On Ice Presents Road Trip Adventures, scheduled for November 4, 2022 at the Angel of the Winds Arena;

      b.  On November 4, 2022, using Ticketmaster's desktop site, Plaintiff accepted a transfer of tickets to an Ed Sheeran show, scheduled for August 26, 2023 at Lumen Field; and

      c.  On December 9, 2022, using Ticketmaster's mobile site, Plaintiff accepted a transfer of tickets to The Eras Tour, scheduled for July 23, 2023 at Lumen Field.

8.      The tickets to The Eras Tour that were transferred to Sterioff's account on December 9, 2022 were initially sold by Ticketmaster in the onsale for Taylor Swift's The Eras Tour.  I understand that Sterioff alleges that she then purchased those tickets from a ticket reseller via a third-party resale platform.  Live Nation and

Ticketmaster have no information on sales made on third-party platforms, or the reasons for a particular ticket transfer, but the customer records database confirms that Sterioff did not purchase those tickets on Ticketmaster's resale platform. Rather, as explained in Paragraph 7, the customer records database shows that Sterioff accepted those tickets into her account via a ticket transfer on December 9, 2022.

9.     The customer records database also shows that Sterioff used Ticketmaster's mobile site and mobile application to purchase primary tickets on a number of occasions.  Specifically:

     a. On July 3, 2018, using Ticketmaster's mobile site, Plaintiff purchased tickets to Elvis Costello & the Imposters, scheduled for December 3, 2018 at the Paramount Theatre;

     b. On November 13, 2019, using Ticketmaster's mobile application, Plaintiff purchased tickets to Frozen, scheduled for February 12, 2020 at the Paramount Theatre;

     c. On May 23, 2022, using Ticketmaster's mobile site, Plaintiff purchased tickets to Hamilton, scheduled for June 24, 2022 at the Richard Rodgers Theatre; and

     d. On November 2, 2022, using Ticketmaster's mobile application, Plaintiff purchased tickets to Cirque Du Soleil: Corteo, scheduled for March 5, 2023 at Climate Pledge Arena.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2023.

                                                Helene Green