**FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**WALSH P.L.L.C.**
Bonner C. Walsh (*pro hac vice*)
*Bonner@walshpllc.com*
1561 Long Haul Road
Grangeville, ID 83530
Tel: (541) 359-2827
Facsimile: (866) 503-8206

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE STERIOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | Case No. 2:22-cv-09230-ODW-AS<br><br>**JOINT STIPULATION REGARDING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

      Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiff Michelle Sterioff hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 7-1, to the following schedule, subject to the approval of the Court. In support of this joint stipulation, the parties state as follows:

1. Plaintiff filed the Complaint on December 20, 2022. ECF No. 1.

2. On January 3, 2023, pursuant to Local Rule 8-3, the parties filed a joint stipulation that extended Defendants' time to answer or otherwise respond to the Complaint from January 11, 2023 to February 10, 2023. ECF No. 19.

3. On January 30, 2023, the parties filed a joint stipulation setting a briefing schedule for Defendants' motion to compel arbitration and the timing of any arbitration-related discovery requests. ECF No. 24 ("Joint Stipulation"). Among other things, the stipulation provided that: Defendants would file their motion on or before February 24, 2023, Plaintiff would have until March 21, 2023 to serve any arbitration-related discovery, and Plaintiff's Opposition and Defendants' Reply would be dependent on the date of completion of any such discovery. ECF No. 24.

4. On January 31, 2023, the Court issued an Order granting the Joint Stipulation. The Order entered the parties' briefing schedule and provided that "[a]ny hearing on Defendants' motion to compel arbitration shall be held as the Court's calendar allows." ECF No. 25.

5. On February 24, 2023, Defendants filed their motion to compel arbitration. Because the hearing date cannot be determined until any arbitration-related discovery is complete, Defendants provided in their motion that the hearing date is "TBD." ECF No. 26.

6. On February 27, 2023, the Court issued an Order setting a hearing on Defendant's motion to compel arbitration for March 27, 2023. ECF No. 27.


7. Consistent with the parties' prior Joint Stipulation (ECF No. 24), the parties hereby stipulate and agree that the March 27, 2023 hearing date should be vacated until any arbitration-related discovery is complete, at which time the parties will propose a hearing date for Defendants' motion.

The parties therefore agree and stipulate to the above schedule.

*[Signatures on following page]*

| | | | |
|---|---|---|---|
| 1 | Dated: March 2, 2023 | | Respectfully Submitted, |
| 2 | | | FARUQI & FARUQI, LLP |
| 3 | | | |
| 4 | | By: | /s/ Lisa T. Omoto |
| | | | Lisa T. Omoto (Bar No. 303830) |
| 5 | | | 1901 Avenue of the Stars, Suite 1060 |
| 6 | | | Los Angeles, CA 90067 |
| | | | Telephone: (424) 256-2884 |
| 7 | | | Facsimile: (424) 256-2885 |
| | | | lomoto@faruqilaw.com |
| 8 | | | |
| 9 | | | WALSH P.L.L.C. |
| 10 | | | Bonner C. Walsh (*pro hac vice*) |
| | | | 1561 Long Haul Road |
| 11 | | | Grangeville, ID 83530 |
| | | | Telephone: (541) 359-2827 |
| 12 | | | Facsimile: (866) 503-8206 |
| | | | bonner@walshpllc.com |
| 13 | | | |
| | | | *Attorneys for Plaintiff Michelle Sterioff* |
| 14 | | | |
| 15 | Dated: March 2, 2023 | | LATHAM & WATKINS LLP |
| 16 | | | |
| 17 | | By: | /s/ Timothy L. O'Mara |
| | | | Timothy L. O'Mara |
| 18 | | | 505 Montgomery Street, Suite 2000 |
| 19 | | | San Francisco, California 94111-6538 |
| | | | Telephone: +1.415.391.0600 |
| 20 | | | Facsimile: +1.415.395.8095 |
| | | | tim.o'mara@lw.com |
| 21 | | | |
| | | | *Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.* |
| 22 | | | |

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Setting Briefing Schedule. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Lisa T. Omoto attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: March 2, 2023                     */s/ Lisa T. Omoto*
                                                           Lisa T. Omoto