1 | **FARUQI & FARUQI, LLP**
2 | Lisa T. Omoto (State Bar No. 303830)
  | *lomoto@faruqilaw.com*
3 | 1901 Avenue of the Stars, Suite 1060
4 | Los Angeles, California 90067
  | Telephone: (424) 256-2884
5 | Facsimile: (424) 256-2885
6 |
7 | **WALSH P.L.L.C.**
  | Bonner C. Walsh (*pro hac vice*)
8 | *Bonner@walshpllc.com*
  | 1561 Long Haul Road
9 | Grangeville, ID 83530
10 | Tel: (541) 359-2827
  | Facsimile: (866) 503-8206
11 |
12 | *Attorneys for Plaintiff*
13 | [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE STERIOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | Case No. 2:22-cv-09230-ODW-AS<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

Pending before this Court is a Joint Stipulation Regarding Hearing on Defendants' Motion to Compel Arbitration ("Joint Stipulation") filed by Plaintiff Michelle Sterioff ("Plaintiff") and Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The Court orders as follows:

The March 27, 2023 hearing on Defendants' motion to compel arbitration is vacated until any arbitration-related discovery is complete, at which time the parties shall propose a hearing date for Defendants' motion.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                  Hon. George H. Wu
                                                                  United States District Judge