**FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**WALSH P.L.L.C.**
Bonner C. Walsh (*pro hac vice*)
*Bonner@walshpllc.com*
1561 Long Haul Road
Grangeville, ID 83530
Tel: (541) 359-2827
Facsimile: (866) 503-8206

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE STERIOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | Case No. 2:22-cv-09230-GW-GJS<br><br>**JOINT STATUS REPORT REGARDING ARBITRATION-RELATED DISCOVERY**<br><br>Assigned to: Honorable George H. Wu |

Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiff Michelle Sterioff ("Plaintiff") respectfully submit this Joint Status Report pursuant this Court's Order (ECF No. 33), dated March 6, 2023, and in anticipation of the March 20, 2023 Status Conference.

On December 20, 2022, Plaintiff Michelle Sterioff filed a Class Action Complaint against Defendants. ECF No. 1. Plaintiff alleges, in pertinent part, that she was unable to purchase tickets to Taylor Swift's The Eras Tour through Ticketmaster so was forced to purchase through an alternate secondary ticketing service provider (*i.e.,* Stubhub). ECF No. 1, ¶ 24.

On January 3, 2023, pursuant to Local Rule 8-3, the parties filed a joint stipulation that extended Defendants' time to answer or otherwise respond to the Complaint from January 11, 2023 to February 10, 2023. ECF No. 19.

On January 30, 2023, the parties filed a joint stipulation regarding the briefing for Defendants' motion to compel arbitration and the timing of any arbitration-related discovery requests. ECF No. 24 ("Joint Stipulation"). The Joint Stipulation provided that the briefing on Defendants' motion to compel arbitration would be limited to the following issues:

1. Whether Plaintiff assented to Defendants' Terms of Use (the "Terms") and, if so, when she assented;
2. Whether an arbitration agreement that encompasses this dispute exists; and
3. Whether the Terms delegate arbitrability to the arbitrator.

ECF No. 24.[1] The Joint Stipulation further provided that Defendants would file their motion to compel arbitration on or before February 24, 2023, Defendants would produce certain documents relating to the motion to compel arbitration on or before March 10, 2023, Plaintiff would have until March 21, 2023 to serve any arbitration-

---

[1] The Parties reserved the right to address arguments raised in *Heckman v. Live Nation Entertainment, Inc., et al.,* Case No. 22-cv-00047 (C.D. Cal.), at a later date.

1  related discovery, and the deadlines for Plaintiff's Opposition and Defendants'
2  Reply would be dependent on the date of completion of any such discovery.  ECF
3  No. 24.
4       On January 31, 2023, the Court issued an Order granting the Joint Stipulation.
5  ECF No. 25.
6       Pursuant to the Court's January 31, 2023 Order, Defendants filed their motion
7  to compel arbitration on February 24, 2023.  ECF Nos. 26-28.  Among other things,
8  Defendants argued that Plaintiff assented to the Terms when she signed in to her
9  Ticketmaster account to register for and participate in Ticketmaster's presales for
10 The Eras Tour, when she accepted a transfer of tickets to The Eras Tour through her
11 Ticketmaster account, and when she purchased tickets to other events on
12 Ticketmaster's websites and platforms.  ECF Nos. 26-28.  Among other things,
13 Plaintiff will argue that she did not assent to the Terms at the time she *purchased*
14 tickets to The Eras Tour; therefore an arbitration agreement that would encompass
15 this dispute does not exist.
16      On March 10, 2023, Defendants produced certain documents, including
17 documents pertaining to Plaintiff's purported use of Ticketmaster's websites and
18 platforms, which Defendants relied upon in their motion to compel arbitration.
19      Plaintiff's counsel is currently in the process of reviewing the documents
20 produced by Defendants.  In accordance with the January 31, 2023 Order, all
21 arbitration-related discovery will be served on or before March 21, 2023.  This
22 discovery will relate to the three issues identified in the Parties' January 30, 2023
23 Joint Stipulation.  At this time, Plaintiff anticipates arbitration-related discovery will
24 be limited and can be completed within sixty days of service, absent any discovery
25 disputes.  Defendants expressly reserve the right to object to any discovery that is
26 served.
27
28

| | | |
|---|---|---|
| Dated: March 16, 2023 | | Respectfully Submitted, |
| | | FARUQI & FARUQI, LLP |
| | By: | *Lisa T. Omoto* |
| | | Lisa T. Omoto (Bar No. 303830) |
| | | 1901 Avenue of the Stars, Suite 1060<br>Los Angeles, CA 90067<br>Telephone: (424) 256-2884<br>Facsimile: (424) 256-2885<br>lomoto@faruqilaw.com |
| | | WALSH P.L.L.C. |
| | | Bonner C. Walsh (*pro hac vice*)<br>1561 Long Haul Road<br>Grangeville, ID 83530<br>Telephone: (541) 359-2827<br>Facsimile: (866) 503-8206<br>bonner@walshpllc.com |
| | | *Attorneys for Plaintiff Michelle Sterioff* |
| Dated: March 16, 2023 | | LATHAM & WATKINS LLP |
| | By: | *Timothy L. O'Mara* |
| | | Timothy L. O'Mara |
| | | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095<br>tim.o'mara@lw.com |
| | | *Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.* |

# **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Status Report Regarding Arbitration-Related Discovery. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Lisa T. Omoto attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated:  March 16, 2023                              */s/ Lisa T. Omoto*
                                                              Lisa T. Omoto