## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-9230-GW-GJSx | Date | March 20, 2023 |
|---|---|---|---|
| Title | *Michelle Sterioff v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lisa T. Omoto<br>Bonner C. Walsh | Timothy L. O'Mara<br>Kirsten M. Ferguson<br>Robin L. Gushman |

**PROCEEDINGS:**     **TELEPHONIC CONFERENCE**

Court and counsel confer. For reasons stated on the record, the status conference is continued to May 11, 2023 at 8:30 a.m. The parties are to file a joint status/scheduling report as to motion to compel arbitration by May 8, 2023.

The status conference set for May 4, 2023 by the Court on January 31, 2023 [25] is taken off-calendar.

                                                                               :    04

                                                     Initials of Preparer    JG