UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

MICHELLE STERIOFF, et al,

           Plaintiff,

  vs.                                  Case No. CV 22-9230

LIVE NATION ENTERTAINMENT, et al.

           Defendants.
_____/

REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE HEARING
THURSDAY, MAY 11, 2023
8:30 A.M.
LOS ANGELES, CALIFORNIA

_____

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

UNITED STATES DISTRICT COURT

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    FARUQI and FARUQI LLP
    BY: LISA TAMIKO O'MOTO
    Attorney at Law
    1901 Avenue of the Stars, Suite 1060
    Los Angeles, California  90067

    WALSH PLLC
    BY: BONNER C. WALSH
    Attorney at Law
    1561 Long Haul Road
    Grangeville, Idaho  83530

**FOR THE DEFENDANT:**

    LATHAM and WATKINS LLP
    BY: TIMOTHY L. O'MARA
        ROBIN L. GUSHMAN
        KIRSTEN M. FERGUSON
    Attorneys at Law
    505 Montgomery Street, Suite 2000
    San Francisco, California  94111

**LOS ANGELES, CALIFORNIA; THURSDAY, MAY 11, 2023**

**8:30 A.M.**

--oOo--

THE COURT: Let me call the matter of *Sterioff versus Live Nation*.

All right. For the plaintiff, we have?

MR. WALSH: This is Bonner Walsh.

MS. OMOTO: Lisa Omoto for the plaintiff.

MS. GUSHMAN: Good morning, Your Honor. This is Robin Gushman for defendants Live Nation and Ticketmaster. Also with me are Tim O'Mara and Kirsten Ferguson.

THE COURT: I saw the status conference report. As I understand it, there are some -- for lack of better term -- discovery issues in this matter.

This is what my order will be: Insofar as questions or disputes involving the general discovery, in other words, whether or not particular discovery areas should be allowed or not allowed, for example, should the deposition of Tobias go forward, I will decide those types of issues.

But if there is disputes as to particular requests, for example, if the defendant has received -- let's say, 12 requests for production of documents, and there is a dispute as to one or two of them, those I will send to the

1  Magistrate Judge.
2           So, what I envision is insofar as major
3  objections, insofar as the scope of discovery, et cetera, you
4  guys will present those issues to me in the near future once I
5  make my decision.  Then, if there are any discovery disputes as
6  to particular requests and things of that sort, those would go
7  to the Magistrate Judge; is that understood?
8           MS. OMOTO:  Yes, that is understood.
9           THE COURT:  All right.  For the defense?
10          MS. GUSHMAN:  Yes.  That is understood.
11          THE COURT:  You will talk about the scheduling of
12 the disputes to me.
13          My format that I would require is that I require
14 the disputes to be presented jointly in a single document where
15 each individual issue is identified, and then I will have on
16 the document the plaintiff's position and the defense's
17 position.
18          Obviously, neither side can veto what the other
19 side wants to include, but I want it in a single document with
20 both sides' presentations included.
21          MS. GUSHMAN:  Thank you, Your Honor.
22          MS. OMOTO:  Thank you, Your Honor.
23          THE COURT:  Lastly, you can decide when you want to
24 submit it to me and any time is fine as long as I'm here to
25 rule on it, so I will ask you to do the timetable for that,

```
 1  okay?
 2             MS. OMOTO:  Thank you, Your Honor.
 3             MS. FERGUSON:  Thank you, Your Honor.
 4             MR. O'MARA:  Thank you, Your Honor.
 5             THE COURT:  What I will do is I will set a status
 6  conference date just so the matter doesn't fall through the
 7  cracks.
 8                I will put a status conference on for, let's say,
 9  July the 13th, but with the understanding that if the parties
10  think it's unnecessary, you guys give me a stip to take the
11  July 13th matter date off calendar, okay?
12             MS. OMOTO:  Understood, Your Honor.
13             MR. O'MARA:  Thank you, Your Honor.
14                (The proceedings concluded at 8:47 a.m.)
15                              * * *
16
17
18
19
20
21
22
23
24
25
```

6

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES    )
                         )
STATE OF CALIFORNIA      )

       I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date: 22nd day of May, 2023.


                             /s/ TERRI A. HOURIGAN
                 _____
                 TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
                         Federal Court Reporter

| / | Angeles [1] - 2:6 | decision [1] - 4:5 | guys [2] - 4:4, 5:10 | M |
|---|---|---|---|---|
| /s [1] - 6:19 | ANGELES [4] - 1:14, 1:23, 3:1, 6:3 | DEFENDANT [1] - 2:10 | H | Magistrate [2] - 4:1, 4:7 |
| 1 | APPEARANCES [1] - 2:1 | defendant [1] - 3:23 | Haul [1] - 2:8 | major [1] - 4:2 |
| 1060 [1] - 2:5 | areas [1] - 3:19 | Defendants [1] - 1:9 | HEARING [1] - 1:13 | matter [5] - 3:6, 3:16, 5:6, 5:11, 6:12 |
| 11 [2] - 1:13, 3:1 | Attorney [2] - 2:5, 2:8 | defendants [1] - 3:12 | held [1] - 6:11 | MAY [2] - 1:13, 3:1 |
| 12 [1] - 3:24 | Attorneys [1] - 2:13 | defense [1] - 4:9 | hereby [1] - 6:8 | MICHELLE [1] - 1:5 |
| 13th [2] - 5:9, 5:11 | Avenue [1] - 2:5 | defense's [1] - 4:16 | Honor [8] - 3:11, 4:21, 4:22, 5:2, 5:3, 5:4, 5:12, 5:13 | Montgomery [1] - 2:14 |
| 1561 [1] - 2:8 | B | deposition [1] - 3:20 | HONORABLE [1] - 1:3 | morning [1] - 3:11 |
| 1901 [1] - 2:5 | better [1] - 3:15 | discovery [5] - 3:16, 3:18, 3:19, 4:3, 4:5 | HOURIGAN [4] - 1:22, 6:6, 6:19, 6:20 | MR [3] - 3:9, 5:4, 5:13 |
| 2 | BONNER [1] - 2:7 | dispute [1] - 3:25 | I | MS [9] - 3:10, 3:11, 4:8, 4:10, 4:21, 4:22, 5:2, 5:3, 5:12 |
| 2000 [1] - 2:14 | Bonner [1] - 3:9 | disputes [5] - 3:18, 3:22, 4:5, 4:12, 4:14 | Idaho [1] - 2:9 | N |
| 2023 [3] - 1:13, 3:1, 6:16 | BY [3] - 2:4, 2:7, 2:12 | District [2] - 6:7, 6:8 | identified [1] - 4:15 | NATION [1] - 1:8 |
| 213 [1] - 1:24 | C | DISTRICT [3] - 1:1, 1:2, 1:3 | include [1] - 4:19 | Nation [2] - 3:7, 3:12 |
| 22-9230 [1] - 1:7 | calendar [1] - 5:11 | DIVISION [1] - 1:2 | included [1] - 4:20 | near [1] - 4:4 |
| 22nd [1] - 6:16 | CALIFORNIA [5] - 1:2, 1:14, 1:23, 3:1, 6:4 | document [3] - 4:14, 4:16, 4:19 | individual [1] - 4:15 | NO [2] - 1:22, 6:20 |
| 28 [1] - 6:9 | California [3] - 2:6, 2:14, 6:8 | documents [1] - 3:24 | insofar [3] - 3:17, 4:2, 4:3 | O |
| 3 | Case [1] - 1:7 | E | involving [1] - 3:18 | O'MARA [3] - 2:12, 5:4, 5:13 |
| 350 [1] - 1:23 | CCRR [1] - 1:22 | ENTERTAINMENT [1] - 1:8 | issue [1] - 4:15 | O'Mara [1] - 3:13 |
| 3838 [2] - 1:22, 6:20 | Central [1] - 6:8 | entitled [1] - 6:12 | issues [3] - 3:16, 3:21, 4:4 | O'MOTO [1] - 2:4 |
| 4 | CENTRAL [1] - 1:2 | envision [1] - 4:2 | J | objections [1] - 4:3 |
| 4311 [1] - 1:23 | CERTIFICATE [1] - 6:1 | et [3] - 1:5, 1:8, 4:3 | jointly [1] - 4:14 | obviously [1] - 4:18 |
| 5 | certify [1] - 6:8 | example [2] - 3:20, 3:23 | JUDGE [1] - 1:3 | OF [6] - 1:2, 1:12, 2:1, 6:1, 6:3, 6:4 |
| 505 [1] - 2:14 | cetera [1] - 4:3 | F | Judge [2] - 4:1, 4:7 | Official [1] - 6:6 |
| 7 | Code [1] - 6:9 | fall [1] - 5:6 | judicial [1] - 6:13 | OFFICIAL [2] - 1:22, 6:1 |
| 753 [1] - 6:9 | concluded [1] - 5:14 | FARUQI [2] - 2:4 | July [2] - 5:9, 5:11 | OMOTO [5] - 3:10, 4:8, 4:22, 5:2, 5:12 |
| 8 | CONFERENCE [1] - 1:13 | Federal [2] - 6:6, 6:20 | K | Omoto [1] - 3:10 |
| 83530 [1] - 2:9 | conference [4] - 3:14, 5:6, 5:8, 6:13 | FEDERAL [1] - 1:22 | KIRSTEN [1] - 2:13 | once [1] - 4:4 |
| 894-2849 [1] - 1:24 | conformance [1] - 6:13 | FERGUSON [2] - 2:13, 5:3 | Kirsten [1] - 3:13 | one [1] - 3:25 |
| 8:30 [2] - 1:14, 3:2 | correct [1] - 6:10 | Ferguson [1] - 3:13 | L | oOo [1] - 3:3 |
| 8:47 [1] - 5:14 | COUNSEL [1] - 2:1 | fine [1] - 4:24 | lack [1] - 3:15 | order [1] - 3:17 |
| 9 | COUNTY [1] - 6:3 | FIRST [1] - 1:23 | lastly [1] - 4:23 | P |
| 90012 [1] - 1:23 | COURT [8] - 1:1, 1:22, 3:6, 3:14, 4:9, 4:11, 4:23, 5:5 | FOR [2] - 2:3, 2:10 | LATHAM [1] - 2:11 | page [1] - 6:12 |
| 90067 [1] - 2:6 | Court [3] - 6:7, 6:20 | foregoing [1] - 6:10 | Law [3] - 2:5, 2:8, 2:13 | particular [3] - 3:19, 3:22, 4:6 |
| 94111 [1] - 2:14 | cracks [1] - 5:7 | format [2] - 4:13, 6:12 | LISA [1] - 2:4 | parties [1] - 5:9 |
| A | CRR [1] - 6:20 | forward [1] - 3:21 | Lisa [1] - 3:10 | plaintiff [2] - 3:8, 3:10 |
| a.m [1] - 5:14 | CSR [2] - 1:22, 6:20 | Francisco [1] - 2:14 | LIVE [1] - 1:8 | Plaintiff [1] - 1:6 |
| A.M [2] - 1:14, 3:2 | CV [1] - 1:7 | future [1] - 4:4 | Live [2] - 3:7, 3:12 | PLAINTIFF [1] - 2:3 |
| above-entitled [1] - 6:12 | D | G | LLP [2] - 2:4, 2:11 | plaintiff's [1] - 4:16 |
| al [2] - 1:5, 1:8 | date [2] - 5:6, 5:11 | general [1] - 3:18 | LOS [4] - 1:14, 1:23, 3:1, 6:3 | PLLC [1] - 2:7 |
| allowed [2] - 3:20 | Date [1] - 6:16 | GEORGE [1] - 1:3 | Los [1] - 2:6 | position [2] - 4:16, 4:17 |
|  | decide [2] - 3:21, 4:23 | Grangeville [1] - 2:9 |  |  |
|  |  | GUSHMAN [4] - 2:12, 3:11, 4:10, 4:21 |  |  |
|  |  | Gushman [1] - 3:12 |  |  |

| | | |
|---|---|---|
| **present** [1] - 4:4<br>**presentations** [1] - 4:20<br>**presented** [1] - 4:14<br>**proceedings** [2] - 5:14, 6:11<br>**production** [1] - 3:24<br>**pursuant** [1] - 6:9<br>**put** [1] - 5:8 | **stenographically** [1] - 6:11<br>**STERIOFF** [1] - 1:5<br>**Sterioff** [1] - 3:6<br>**stip** [1] - 5:10<br>**Street** [1] - 2:14<br>**STREET** [1] - 1:23<br>**submit** [1] - 4:24<br>**Suite** [2] - 2:5, 2:14 | **WEST** [1] - 1:23<br>**WESTERN** [1] - 1:2<br>**words** [1] - 3:19<br>**WU** [1] - 1:3 |
| **Q** | **T** | |
| **questions** [1] - 3:18 | **TAMIKO** [1] - 2:4<br>**term** [1] - 3:15<br>**TERRI** [4] - 1:22, 6:6, 6:19, 6:20<br>**THE** [8] - 2:3, 2:10, 3:6, 3:14, 4:9, 4:11, 4:23, 5:5<br>**THURSDAY** [2] - 1:13, 3:1<br>**Ticketmaster** [1] - 3:12<br>**Tim** [1] - 3:13<br>**timetable** [1] - 4:25<br>**TIMOTHY** [1] - 2:12<br>**Title** [1] - 6:9<br>**Tobias** [1] - 3:21<br>**TRANSCRIPT** [1] - 1:12<br>**transcript** [2] - 6:10, 6:12<br>**true** [1] - 6:10<br>**two** [1] - 3:25<br>**types** [1] - 3:21 | |
| **R** | | |
| **Realtime** [1] - 6:6<br>**received** [1] - 3:23<br>**regulations** [1] - 6:13<br>**report** [1] - 3:14<br>**reported** [1] - 6:11<br>**REPORTER** [2] - 1:22, 6:1<br>**Reporter** [2] - 6:7, 6:20<br>**REPORTER'S** [1] - 1:12<br>**requests** [3] - 3:23, 3:24, 4:6<br>**require** [2] - 4:13<br>**Road** [1] - 2:8<br>**ROBIN** [1] - 2:12<br>**Robin** [1] - 3:12<br>**ROOM** [1] - 1:23<br>**RPR** [1] - 6:20<br>**rule** [1] - 4:25 | | |
| **S** | **U** | |
| **San** [1] - 2:14<br>**saw** [1] - 3:14<br>**scheduling** [1] - 4:11<br>**scope** [1] - 4:3<br>**Section** [1] - 6:9<br>**send** [1] - 3:25<br>**set** [1] - 5:5<br>**side** [2] - 4:18, 4:19<br>**sides'** [1] - 4:20<br>**single** [2] - 4:14, 4:19<br>**sort** [1] - 4:6<br>**Stars** [1] - 2:5<br>**STATE** [1] - 6:4<br>**STATES** [1] - 1:1<br>**States** [3] - 6:7, 6:9, 6:14<br>**status** [3] - 3:14, 5:5, 5:8<br>**STATUS** [1] - 1:13 | **U.S** [1] - 1:3<br>**understood** [4] - 4:7, 4:8, 4:10, 5:12<br>**United** [3] - 6:7, 6:9, 6:14<br>**UNITED** [1] - 1:1<br>**unnecessary** [1] - 5:10 | |
| | **V** | |
| | **versus** [1] - 3:7<br>**veto** [1] - 4:18<br>**vs** [1] - 1:7 | |
| | **W** | |
| | **WALSH** [3] - 2:7, 2:7, 3:9<br>**Walsh** [1] - 3:9<br>**wants** [1] - 4:19<br>**WATKINS** [1] - 2:11 | |

**UNITED STATES DISTRICT COURT**