UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9230-GW-GJSx | Date | July 13, 2023 |
|---|---|---|---|
| Title | *Michelle Sterioff v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lisa T. Omoto<br>Bonner C. Walsh, by telephone | Timothy L. O'Mara<br>Robin L. Gushman<br>Alicia R. Jovais |

**PROCEEDINGS:     HEARING ON JOINT SUBMISSION REGARDING ARBITRATION-RELATED DISCOVERY PURSUANT TO ECF NO. 47**

The Court's Tentative Ruling Following the Joint Submission Regarding Arbitration-Related Discovery, was issued on July 12, 2023 [54]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court orders the deposition of Kimberly Tobias to move forward. The deposition will not exceed two hours. The Court will allow Plaintiff to provide five interrogatories to Defendant re 30(b)(6) witnesses.

The Court sets a status conference for August 10, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on August 8, 2023.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | JG | |