1   LATHAM & WATKINS LLP
       Timothy L. O'Mara (Bar No. 212731)
2         *tim.o'mara@lw.com*
       Kirsten M. Ferguson (Bar No. 252781)
3         *kirsten.ferguson@lw.com*
       Robin L. Gushman (Bar No. 305048)
4         *robin.gushman@lw.com*
    505 Montgomery Street, Suite 2000
5   San Francisco, California 94111-6538
    Telephone: +1.415.391.0600
6   Facsimile: +1.415.395.8095

7   *Attorneys for Defendants Ticketmaster L.L.C.*
    *and Live Nation Entertainment, Inc.*

8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13 MICHELLE STERIOFF, individually and on behalf of all others similarly situated, | Case No. CV 22-9230-GW-GJSx |
| 14 | |
| 15 | **ORDER ON JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** |
|    Plaintiff, | |
| 16 | [Civil Local Rule 7-1] |
|    v. | |
| 17 | Assigned to: Honorable George H. Wu |
| 18 LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC, | |
| 19 | |
|    Defendants. | |
| 20 | |
| 21 | |

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Pending before this Court is a Joint Stipulation to Continue Status Conference

2  ("Joint Stipulation") filed by Defendants Live Nation Entertainment, Inc. ("Live

3  Nation") and Ticketmaster L.L.C. ("Ticketmaster") (together, "Defendants") and

4  Plaintiff Michelle Sterioff.  Upon consideration of the parties' Joint Stipulation, and

5  good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is

6  GRANTED.  The Court orders as follows:

7              a.    The status conference set for August 10, 2023, and the

8                   deadline for filing a joint status report set for August 8, 2023,

9                   shall be continued to September 21, 2023 at 8:30 a.m. for the

10                  conference, and September 18, 2023 for the filing of the report.

11  **IT IS SO ORDERED.**

12

13   Dated: August 7, 2023                   _____

14                                            Hon. George H. Wu
                                              United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER ON JOINT STIP.
TO CONTINUE STATUS CONFERENCE
CASE NO. 2:22-cv-09230-GW-GJS