LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE STERIOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | Case No. 2:22-cv-09230-GW-GJS<br><br>**JOINT STIPULATION TO STAY CASE**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO
STAY CASE (L.R. 7-1)
CASE NO. 2:22-cv-09230-GW-GJS

Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster") (together, "Defendants") and Plaintiff Michelle Sterioff hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 7-1, to the following stay, subject to the approval of the Court. In support of this joint stipulation ("Joint Stipulation"), the parties state as follows:

1. Plaintiff filed the Complaint on December 20, 2022. ECF No. 1.

2. On January 3, 2023, pursuant to Local Rule 8-3, the parties jointly stipulated to extend Defendants' time to answer or otherwise respond to the Complaint from January 11, 2023 to February 10, 2023. ECF No. 19.

3. On January 30, 2023, pursuant to the parties' joint stipulation, the Court entered a briefing schedule for Defendants' motion to compel arbitration and any related discovery: Defendants would file their motion on or before February 24, 2023; Plaintiff would have until March 21, 2023 to serve any arbitration-related discovery; and the deadlines for Plaintiff's Opposition and Defendants' Reply would depend on the date of completion of any such discovery. ECF Nos. 24, 25.

4. On February 24, 2023, Defendants filed their motion to compel arbitration. ECF No. 26.

5. On March 16, 2023, Plaintiff filed the First Amended Class Action Complaint. ECF No. 37.

6. On May 15, 2023, pursuant to the parties' joint stipulation, the Court entered a briefing schedule for the parties' disputes regarding arbitration-related discovery. ECF Nos. 46, 47.

7. On June 29, 2023, the parties filed a Joint Submission Regarding Arbitration-Related Discovery. ECF No. 50. After a hearing on July 13, 2023, the Court ordered that Plaintiff may conduct a deposition of Kimberly Tobias, not to exceed two hours; allowed Plaintiff to serve five interrogatories regarding Plaintiff's Rule 30(b)(6) topics; and set a status conference for August 10, 2023. ECF No. 55.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION TO
STAY CASE (L.R. 7-1)
CASE NO. 2:22-cv-09230-GW-GJS

8. On August 7, 2023, pursuant to the parties' joint stipulation, the Court continued the status conference to September 21, 2023 at 8:30 am and the deadline for a joint status report to September 18, 2023. ECF Nos. 58, 60.

9. On August 11, 2023, Plaintiff served five interrogatories.

10. Defendants previously moved to compel arbitration in a case before this Court: *Heckman v. Live Nation Entertainment, Inc.*, No. 2:22-cv-00047-GW-GJS (C.D. Cal.) ("*Heckman*"). On August 10, 2023, this Court denied Defendants' motion to compel arbitration in *Heckman*.

11. Defendants intend to appeal the order denying their motion to compel arbitration in *Heckman* and also intend to seek a stay in *Barfuss v. Live Nation Entertainment, Inc.,* No. 2:23-cv-01114-GW-KK (C.D. Cal.) ("*Barfuss*"). Decl. of Timothy L. O'Mara in Supp. of Joint Stip. to Stay Case ¶ 12.

12. The parties have conferred and agree that, given that the outcome of the *Heckman* appeal could directly and materially impact this case if ultimately affirmed, and to preserve public and private resources, a temporary stay of this case is the most efficient path forward.

13. Further, the parties have agreed to continue their ongoing settlement discussions through mediation, which will be completed by no later than January 31, 2024.

14. Accordingly, the parties respectfully request that the Court stay all proceedings and deadlines in this case. This jointly requested stay includes any and all pending discovery deadlines (including but not limited to the deposition of Kimberly Tobias and the deadline for Defendants to object and/or respond to Plaintiff's Second Set of Interrogatories).

15. The parties agree that this stipulated stay shall be lifted if one or more of the following conditions are met:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION TO
STAY CASE (L.R. 7-1)
CASE NO. 2:22-cv-09230-GW-GJS

    a.    Either party provides notice to this Court that a mediation session has been completed and further settlement efforts will likely be futile;

    b.    The Ninth Circuit issues a final mandate in the *Heckman* appeal;

    c.    Any stay pending the *Heckman* appeal that is entered in *Barfuss* is lifted;

    d.    *Barfuss* is remanded to state court and the state court denies any motion by any party or stipulation by the parties to stay the case; or

    e.    Any action raising claims similar to those of Plaintiff is filed.

16.    This Joint Stipulation is without prejudice to Defendants later moving for a stay in the event that (a) this Joint Stipulation is denied, or (b) this Joint Stipulation is granted, but the stay is lifted pursuant to Paragraph 15 above.  For the avoidance of doubt, Defendants expressly reserve all rights to move for a stay of any and all proceedings and deadlines in this case pending the resolution of the *Heckman* appeal should this Joint Stipulation be denied, or if this stipulated stay is lifted, for any reason.

17.    Within fourteen days after any of the conditions in Paragraph 15 are met, the parties shall submit a proposed scheduling order governing further proceedings in this action.

18.    In the event that Defendants agree to terms or conditions in connection with any stipulation, agreement, or motion to stay a related action that are more favorable to the plaintiff(s) therein, those more favorable terms or conditions shall be deemed incorporated into this stipulation.

19.    The parties have previously stipulated to five extensions of time:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION TO
STAY CASE (L.R. 7-1)
CASE NO. 2:22-cv-09230-GW-GJS

    a.    On January 3, 2023, the parties stipulated pursuant to Local Rule 8-3 to extend Defendants' time to answer or otherwise respond to the Complaint.  ECF No. 19.

    b.    On January 30, 2023, the parties stipulated pursuant to Local Rule 7-1 to a briefing schedule for Defendants' motion to compel arbitration.  ECF No. 24.

    c.    On  March 2, 2023, the parties stipulated pursuant to Local Rule 7-1 that the March 27, 2023 hearing date should be vacated until any arbitration-related discovery is complete.  ECF No. 32.

    d.    On May 12, 2023, the parties stipulated pursuant to Local Rule 7-1 to a briefing schedule for the parties' disputes regarding arbitration-related discovery.  ECF No. 46.

    e.    On August 3, 2023, the parties stipulated pursuant to Local Rule 7-1 to continue the August 10, 2023 status conference and the August 8, 2023 joint status report deadline until after the deposition of Kimberly Tobias.  ECF No. 58.

The parties therefore agree and stipulate to the above stay of the case.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION TO
STAY CASE (L.R. 7-1)
CASE NO. 2:22-cv-09230-GW-GJS

| | | |
|---|---|---|
| Dated: August 25, 2023 | | Respectfully Submitted, |
| | | LATHAM & WATKINS LLP |
| | By: | /s/ Timothy L. O'Mara |
| | | Timothy L. O'Mara |
| | | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095<br>tim.o'mara@lw.com |
| | | *Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.* |
| Dated: August 25, 2023 | | FARUQI & FARUQI, LLP |
| | By: | /s/ Lisa T. Omoto |
| | | Lisa T. Omoto (Bar No. 303830) |
| | | 1901 Avenue of the Stars, Suite 1060<br>Los Angeles, CA 90067<br>Telephone: (424) 256-2884<br>Facsimile: (424) 256-2885<br>lomoto@faruqilaw.com |
| | | WALSH P.L.L.C. |
| | | Bonner C. Walsh (*pro hac vice*)<br>1561 Long Haul Road<br>Grangeville, ID 83530<br>Telephone: (541) 359-2827<br>Facsimile: (866) 503-8206<br>bonner@walshpllc.com |
| | | *Attorneys for Plaintiff Michelle Sterioff* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIPULATION TO
STAY CASE (L.R. 7-1)
CASE NO. 2:22-cv-09230-GW-GJS

**<u>ATTESTATION</u>**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation to Stay Case. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: August 25, 2023      */s/ Timothy L. O'Mara*
                                                           Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT STIPULATION TO
STAY CASE (L.R. 7-1)
CASE NO. 2:22-cv-09230-GW-GJS