1  LATHAM & WATKINS LLP
    Timothy L. O'Mara (Bar No. 212731)
2     tim.o'mara@lw.com
    Robin L. Gushman (Bar No. 305048)
3     robin.gushman@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
5  Facsimile: +1.415.395.8095

6  *Attorneys for Defendants Ticketmaster L.L.C.
   and Live Nation Entertainment, Inc.*

7

8

9           UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12 | MICHELLE STERIOFF, individually | Case No. 2:22-cv-09230-GW-GJS
13 | and on behalf of all others similarly situated, |
14 |             Plaintiff, | **[PROPOSED] ORDER ON JOINT STIPULATION TO STAY CASE**
15 | v. | [Civil Local Rule 7-1]
16 | LIVE NATION ENTERTAINMENT, | Assigned to: Honorable George H. Wu
17 | INC., and TICKETMASTER, LLC, |
18 |             Defendants. |

Pending before this Court is a Joint Stipulation to Stay Case filed by Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster") (together, "Defendants") and Plaintiff Michelle Sterioff. Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The Court orders as follows:

    a.    All proceedings and deadlines, including discovery deadlines and status conferences, shall be stayed until one or more of the following conditions are met:

        (1)    Either party provides notice to this Court that a mediation session has been completed and further settlement efforts will likely be futile;

        (2)    The Ninth Circuit issues a final mandate in the *Heckman* appeal;

        (3)    Any stay pending the *Heckman* appeal that is entered in *Barfuss* is lifted;

        (4)    *Barfuss* is remanded to state court and the state court denies any motion by any party or stipulation by the parties to stay the case; or

        (5)    Any action raising claims similar to those of Plaintiff is filed.

    b.    Within fourteen days after any of the conditions in Paragraph (a) are met, the parties shall submit a proposed scheduling order governing further proceedings in this action.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER ON
JOINT STIPULATION TO STAY CASE
CASE NO. 2:22-cv-09230-GW-GJS

**IT IS SO ORDERED.**

Dated: _____

Hon. George H. Wu
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER ON
JOINT STIPULATION TO STAY CASE
CASE NO. 2:22-cv-09230-GW-GJS