LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE STERIOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | Case No. CV 22-9230-GW-GJSx<br><br>**ORDER ON JOINT STIPULATION TO STAY CASE**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON
JOINT STIPULATION TO STAY CASE
CASE NO. 2:22-cv-09230-GW-GJS

1    Pending before this Court is a Joint Stipulation to Stay Case filed by Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster") (together, "Defendants") and Plaintiff Michelle Sterioff. Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED.  The Court orders as follows:

    a.    All proceedings and deadlines, including discovery deadlines and status conferences, shall be stayed until one or more of the following conditions are met:

        (1)    Either party provides notice to this Court that a mediation session has been completed and further settlement efforts will likely be futile;

        (2)    The Ninth Circuit issues a final mandate in the *Heckman* appeal;

        (3)    Any stay pending the *Heckman* appeal that is entered in *Barfuss* is lifted;

        (4)    *Barfuss* is remanded to state court and the state court denies any motion by any party or stipulation by the parties to stay the case; or

        (5)    Any action raising claims similar to those of Plaintiff is filed.

    b.    Within fourteen days after any of the conditions in Paragraph (a) are met, the parties shall submit a proposed scheduling order governing further proceedings in this action.

//
//

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER ON
JOINT STIPULATION TO STAY CASE
CASE NO. 2:22-cv-09230-GW-GJS

The status conference set for September 21, 2023 is taken off-calendar.

**IT IS SO ORDERED.**

Dated: August 28, 2023

_____
Hon. George H. Wu
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER ON
JOINT STIPULATION TO STAY CASE
CASE NO. 2:22-cv-09230-GW-GJS