**FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**WALSH P.L.L.C.**
Bonner C. Walsh (*pro hac vice*)
*Bonner@walshpllc.com*
1561 Long Haul Road
Grangeville, Idaho 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MICHELLE STERIOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | Case No. 2:22-cv-09230-GW-GJSx<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) WITH PREJUDICE**<br><br>Complaint Filed: December 20, 2022<br><br>Judge: Hon. George H. Wu<br>Trial Date: Not Set |

**TO THE COURT, CLERK OF THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Michelle Sterioff, by and through her counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the above-captioned litigation with prejudice. Further, dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendants have not answered the First Amended Complaint or filed a motion for summary judgment.

Dated: December 12, 2023               Respectfully submitted,

**FARUQI & FARUQI, LLP**
**By:** */s/ Lisa T. Omoto*
Lisa T. Omoto (SBN 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**WALSH P.L.L.C.**
Bonner C. Walsh (*pro hac vice*)
*Bonner@walshpllc.com*
1561 Long Haul Road
Grangeville, Idaho 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206

*Attorneys for Plaintiff*